HARRIS *v.* MAXWELL, WARDEN.

(No. 39215—Decided June 23, 1965.)

*Mr. Tommy Harris, in propria persona.*
*Mr. William B. Saxbe,* attorney general, and *Mr. William C. Baird,* for respondents.

*Per Curiam.* In this action, petitioner contends that he has been denied due process and equal protection of the laws by the refusal of the trial court to grant his request for a trial transcript so that he could perfect his appeal. However,

no appeal was prosecuted from this alleged denial of a bill of exceptions.

The question, as to whether an accused has been denied a transcript of testimony and by such denial deprived of his constitutional rights, is a question which must be raised by appeal from the order denying such transcript and is not cognizable in habeas corpus. *Tinsley* v. *Maxwell, Warden,* 176 Ohio St. 185; *McCoy* v. *Maxwell, Warden,* 176 Ohio St. 249; and *Vaughn* v. *Maxwell, Warden,* 176 Ohio St. 289.

*Petitioner remanded to custody.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.